IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON**, <br><br> *Plaintiff,* <br><br> v. <br><br> **U.S. DEPARTMENT OF JUSTICE**, <br><br> *Defendant*. | Case No. 1:19-cv-02267-EGS |

## JOINT STATUS REPORT

Pursuant to the Court's September 16, 2020 Minute Order, Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") and Defendant United States Department of Justice hereby submit this joint status report in this Freedom of Information Act ("FOIA") case.

### I.   Update on Defendant's Processing

On May 1, 2020, the parties filed a joint status report indicating that the parties had agreed to modify the processing schedule in this case in light of the COVID-19 pandemic. *See* ECF No. 15. The parties have since filed additional joint status reports indicating that the parties have agreed that Defendant would attempt to process 300 pages of potentially responsive records during its monthly productions. *See* ECF Nos. 16, 18.

Defendant reports that it believes there are fewer than 300 pages of potentially responsive records subject to FOIA that are left to process in this case. Accordingly, Defendant expects that its next production will be the final production in this case.

### II.   Next Steps

The parties respectfully propose that they next file a joint status report no later than January 27, 2021. That will allow Defendant to complete what it expects to be its last

production, confirm that no other records remain to be processed, and allow the parties to meet and confer regarding potential next steps in this case, including a possible briefing schedule.

    Respectfully submitted,

    */s/ Conor M. Shaw*
    Conor M. Shaw
    D.C. Bar No. 1032074
    Citizens for Responsibility
    and Ethics in Washington
    1101 K Street. NW, Suite 201
    Washington, DC 20005
    (202) 408-5565
    cshaw@citizensforethics.org

    *Counsel for Plaintiff*

    JEFFREY BOSSERT CLARK
    Acting Assistant Attorney General

    MARCIA BERMAN
    Assistant Branch Director

    */s/ Joshua C. Abbuhl*
    JOSHUA C. ABBUHL
    (D.C. Bar No. 1044782)
    Trial Attorney
    U.S. Department of Justice
    Civil Division, Federal Programs Branch
    1100 L Street, N.W.
    Washington, D.C. 20005
    Telephone: (202) 616-8366
    Facsimile: (202) 616-8470
    joshua.abbuhl@usdoj.gov

    *Counsel for the Defendant*