# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br><br> Defendant. | Case No. 1:19-cv-02267-EGS |

**DECLARATION OF CONOR M. SHAW**

I, Conor M. Shaw, hereby declare and state as follows:

1. I am Senior Counsel for Policy and Litigation at Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW"), and I am representing CREW in this matter. I am admitted to practice before this court.

2. I submit this declaration in support of Plaintiff's Cross-Motion for Partial Summary Judgment and Opposition to Defendant's Motion for Summary Judgment.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Department of Justice Office of Information Policy's July 30, 2021 Supplemental Production to CREW.

4. Attached hereto as Exhibit 2 is a true and correct copy of the unredacted Application for a Search Warrant disclosed by the Department of Justice pursuant to the Court's order in *United States v. Cohen*, No. 18-cr-602 (Jul. 18, 2019, S.D.N.Y.).

5. Attached hereto as Exhibit 3 is a true and correct copy of the criminal information filed by the Department of Justice in *United States v. Cohen*, No. 18-cr-602 (Aug. 21, 2018).

6. Attached hereto as Exhibit 4 is a true and correct copy of the Government's Sentencing Memorandum filed by the Department of Justice in *United States v. Cohen*, No. 18-cr-602 (Dec. 7, 2018).

7. Attached hereto as Exhibit 5 are a true and correct copies of two exhibits produced by Michael Cohen in conjunction with his testimony before the House Oversight Committee on February 27, 2019.

8. Attached hereto as Exhibit 6 is a true and correct copy of President Donald Trump's 2017 Public Financial Disclosure Report.

9. Attached hereto as Exhibit 7 is a true and correct copy of President Donald Trump's 2018 Public Financial Disclosure Report.

10. Attached hereto as Exhibit 8 is a true and correct copy of a May 16, 2018 letter from Acting Director of the Office of Government Ethics, David Apol, to Deputy Attorney General Rod Rosenstein.

11. Attached hereto as Exhibit 9 is a true and correct copy of a September 20, 2018 non-prosecution agreement between the United States Attorney for the Southern District of New York and American Media, Inc. as well as an attached statement of admitted facts.

12. Attached hereto as Exhibit 10 is a true and correct copy of a October 16, 2000 Memorandum Opinion for the Attorney General entitled "A Sitting President's Amenability to Indictment and Criminal Prosecution."

13. I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 30, 2021

*/s/ Conor M. Shaw*

Conor M. Shaw