# EXHIBIT A-1

# O'Callaghan, Edward C. (ODAG)

**From:** Lan, Iris (ODAG)
**Sent:** Thursday, November 29, 2018 5:53 PM
**To:** O'Callaghan, Edward C. (ODAG)
**Subject:** FW: List for ODAG

FYI, and I will call.

**From:** Khuzami, Robert (USANYS) <Robert.Khuzami@usdoj.gov>
**Sent:** Thursday, November 29, 2018 5:49 PM
**To:** Lan, Iris (ODAG) <irlan@jmd.usdoj.gov>
**Subject:** List for ODAG

Iris, as requested.

1. **Cohen Campaign Finance Investigation:** [redacted (b) (5), (b) (6), (b) (7)(C)]
2. [redacted (b)(3); Rule 6(e)]
3. [Not Responsive Records]
4. [Not Responsive Records]
5. [Not Responsive Records]



1

**O'Callaghan, Edward C. (ODAG)**

| | |
|---|---|
| **From:** | O'Callaghan, Edward C. (ODAG) |
| **Sent:** | Saturday, December 15, 2018 6:55 PM |
| **To:** | Rosenstein, Rod (ODAG); Ellis, Corey F. (ODAG); Peterson, Andrew (ODAG); Suero, Maya A. (ODAG) |
| **Subject:** | Fwd: Briefing Memos for Monday's Meeting |
| **Attachments:** | Memo to DAG - GSB Recused.12.15.18.docx; ATT00001.htm; Memo to DAG wGSB (2).docx; ATT00002.htm |

For SDNY briefing Monday.

Edward C. O'Callaghan
202-514-2105

Begin forwarded message:

> **From:** "Lan, Iris (ODAG)" <irlan@jmd.usdoj.gov>
> **Date:** December 15, 2018 at 2:41:05 PM EST
> **To:** "O'Callaghan, Edward C. (ODAG)" <ecocallaghan@jmd.usdoj.gov>
> **Subject: Briefing Memos for Monday's Meeting**
>
> Hi Ed,
>
> SDNY (Rob) just sent the briefing memos for Monday's meeting.
>
> There are two, because one is from Rob for the cases from which the U.S. Attorney is recused, and the other is from the U.S. Attorney for the case from which is not recused.
>
> Thanks,
> Iris
>
> Iris Lan
> 202-514-6907 (direct)
> (b) (6)    (cell)
>
> **From:** Khuzami, Robert (USANYS) <Robert.Khuzami@usdoj.gov>
> **Sent:** Saturday, December 15, 2018 2:38 PM
> **To:** Lan, Iris (ODAG) <irlan@jmd.usdoj.gov>
> **Subject:** DAG Memos
>
> Iris: Here are the memos on the previously-discussed (b) (5) and related inquiries. One memo is from Geoff, for the case he is not recused from (b) (5) and the second from me for the remainder of the matters.
>
> Rob

**O'Callaghan, Edward C. (ODAG)**

---

| | |
|---|---|
| **From:** | O'Callaghan, Edward C. (ODAG) |
| **Sent:** | Sunday, February 24, 2019 12:23 PM |
| **To:** | Rosenstein, Rod (ODAG) |
| **Subject:** | Fwd: Briefing Materials for Mon's SDNY/AG Meeting |
| **Attachments:** | [Not Responsive Records] ATT00001.htm; [Not Responsive Records] ATT00002.htm; SDNY Memo to AG - GSB Recused.2.22.19.pdf; ATT00003.htm |

FYI. I emailed John Demers to ask if he could join the briefing on (b) (5) given my recusal. I have not yet heard back.

Edward C. O'Callaghan
202-514-2105

Begin forwarded message:

> **From:** "Lan, Iris (ODAG)" <irlan@jmd.usdoj.gov>
> **Date:** February 22, 2019 at 4:13:36 PM EST
> **To:** "O'Callaghan, Edward C. (ODAG)" <ecocallaghan@jmd.usdoj.gov>
> **Cc:** "Ellis, Corey F. (ODAG)" <cfellis@jmd.usdoj.gov>, "Peterson, Andrew (ODAG)" <anpeterson@jmd.usdoj.gov>
> **Subject: Briefing Materials for Mon's SDNY/AG Meeting**
>
> Attached are electronic copies of the memos from SDNY for the meeting on Mon. Angie placed a hard copy set in your closet, and DAG and OAG have hard copies too.

Document ID: 0.7.22218.434928

**O'Callaghan, Edward C. (ODAG)**

| | |
|---|---|
| **From:** | O'Callaghan, Edward C. (ODAG) |
| **Sent:** | Saturday, March 2, 2019 11:54 AM |
| **To:** | Rosenstein, Rod (ODAG); Rabbitt, Brian (OAG) |
| **Subject:** | Fwd: Memo to AG: Privileged and Confidential |
| **Attachments:** | SDNY Memo to AG - 03.01.19.pdf; ATT00001.htm |

Please see attached SDNY [(b) (5)] analysis.

Edward C. O'Callaghan
202-514-2105

Begin forwarded message:

> **From:** "Khuzami, Robert (USANYS)" <Robert.Khuzami@usdoj.gov>
> **Date:** March 1, 2019 at 7:22:44 PM EST
> **To:** "O'Callaghan, Edward C. (ODAG)" <ecocallaghan@jmd.usdoj.gov>
> **Subject: Memo to AG: Privileged and Confidential**
>
> Ed, please find attached SDNY's [(b) (5)] memo, as requested during our February 25 meeting.
>
> Please contact me if I can answer any questions.
>
> Rob
>
> Sent from my iPad

**rrosenstein@jmd.usdoj.gov**

**From:** rrosenstein@jmd.usdoj.gov
**Sent:** Saturday, March 2, 2019 12:56 PM
**To:** O'Callaghan, Edward C. (ODAG)
**Cc:** Rabbitt, Brian (OAG)
**Subject:** Re: Memo to AG: Privileged and Confidential

[(b) (5)]

On Mar 2, 2019, at 11:53 AM, O'Callaghan, Edward C. (ODAG) <ecocallaghan@jmd.usdoj.gov> wrote:

> Please see attached SDNY [(b) (5)] analysis.
>
> Edward C. O'Callaghan
> 202-514-2105
>
> Begin forwarded message:
>
>> **From:** "Khuzami, Robert (USANYS)" <Robert.Khuzami@usdoj.gov>
>> **Date:** March 1, 2019 at 7:22:44 PM EST
>> **To:** "O'Callaghan, Edward C. (ODAG)" <ecocallaghan@jmd.usdoj.gov>
>> **Subject: Memo to AG:  Privileged and Confidential**
>>
>> Ed, please find attached SDNY's [(b) (5)] memo, as requested during our February 25 meeting.
>>
>> Please contact me if I can answer any questions.
>>
>> Rob
>>
>> Sent from my iPad
>>
>> <SDNY Memo to AG - 03.01.19.pdf>