# EXHIBIT A-5



