IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CITIZENS FOR RESPONSIBILITY
AND ETHICS IN WASHINGTON,

*Plaintiff,*

v.

U.S. DEPARTMENT OF JUSTICE,

*Defendant.*

Case No. 1:19-cv-02267-EGS

**NOTICE**

On July 7, 2023, Defendant filed a notice informing the Court that it had become aware of new information that may be relevant to some of the documents at issue in the fully briefed and pending cross-motions for summary judgment in this FOIA case. ECF No. 35, at 1. Defendant requested that the Court not rule on the pending motions for summary judgment until Defendant had the opportunity to gather more facts and to provide a supplemental filing regarding the new information and its effect (if any) on the pending motions. *Id.* On August 2, 2023, the Court issued a minute order staying the case "pending the forthcoming supplemental filings." On August 4, 2023, Defendant filed another notice stating that Defendant required additional time to gather additional information and to finalize its filing, and stated that "Defendant now anticipates making that filing no later than August 31, 2023, and respectfully requests that the Court maintain the stay until that time." ECF No. 36, at 1. Counsel for Plaintiffs did not oppose maintaining the stay through that date. *Id.*

Defendant has not been able to finalize its filing, due to certain outstanding factual issues and the fact that a number of the people in possession of the necessary information were out of the office for substantial portions of August. Because some of those same people have preexisting litigation obligations in September that will require significant attention, Defendant

respectfully requests that the Court maintain the stay of this case through September 29, 2023, on which day (or earlier) Defendant expects to be able to submit its supplemental filing. Counsel for Defendant has conferred with counsel for Plaintiff, who does not oppose maintaining the stay through September 29, 2023.

DATED:  August 30, 2023                                   Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant
Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Joshua C. Abbuhl*
JOSHUA C. ABBUHL (D.C. Bar No. 1044782)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-8366
Facsimile: (202) 616-8470
joshua.abbuhl@usdoj.gov
*Counsel for Defendant*