**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

**CITIZENS FOR RESPONSIBILITY**
**AND ETHICS IN WASHINGTON**,

*Plaintiff,*

v.

**U.S. DEPARTMENT OF JUSTICE**,

*Defendant.*

---

Case No. 1:19-cv-02267-EGS

**NOTICE**

On July 7, 2023, Defendant filed a notice informing the Court that it had become aware of new information that may be relevant to some of the documents at issue in the fully briefed and pending cross-motions for summary judgment in this FOIA case. ECF No. 35, at 1. Defendant requested that the Court not rule on the pending motions for summary judgment until Defendant had the opportunity to gather more facts and to provide a supplemental filing regarding the new information and its effect (if any) on the pending motions. *Id.* On August 2, 2023, the Court issued a minute order staying the case "pending the forthcoming supplemental filings." Defendant has since submitted additional notices requesting additional time to finalize its filing, *see* ECF Nos. 36-37; *see also* Aug. 2, 2023 Minute Order; Aug. 31, 2023 Minute Order. Most recently, Defendant informed the Court that "[t]he parties have initiated discussions of potential narrowing in this case," and accordingly requested an extension of the stay through October 13, 2023 on that basis. ECF No. 38.

Defendant respectfully informs the Court that the parties are continuing to negotiate whether the issues in this case may be narrowed. To allow the parties to pursue those negotiations and to potentially reduce the issues that this Court needs to decide, Defendant respectfully requests that the stay in this case be extended for an additional 30 days, until

November 13, 2023 by operation of Rule 6 of the Federal Rules of Civil Procedure. Counsel for Defendant has conferred with counsel for Plaintiff, who does not oppose maintaining the stay through November 13, 2023.

DATED:  October 12, 2023                    Respectfully submitted,

                                            BRIAN M. BOYNTON
                                            Principal Deputy Assistant
                                            Attorney General

                                            MARCIA BERMAN
                                            Assistant Branch Director

                                            */s/ Joshua C. Abbuhl*
                                            JOSHUA C. ABBUHL (D.C. Bar No. 1044782)
                                            Trial Attorney
                                            U.S. Department of Justice
                                            Civil Division, Federal Programs Branch
                                            1100 L Street, N.W.
                                            Washington, D.C. 20005
                                            Telephone: (202) 616-8366
                                            Facsimile: (202) 616-8470
                                            joshua.abbuhl@usdoj.gov
                                            *Counsel for Defendant*