IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, <br><br> *Plaintiff,* <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br><br> *Defendant*. | Case No. 1:19-cv-02267-LLA |

**NOTICE**

On July 7, 2023, Defendant filed a notice informing the Court that it had become aware of new information that may be relevant to some of the documents at issue in the fully briefed and pending cross-motions for summary judgment in this FOIA case. ECF No. 35, at 1. Defendant requested that the Court not rule on the pending motions for summary judgment until Defendant had the opportunity to gather more facts and to provide a supplemental filing regarding the new information and its effect (if any) on the pending motions. *Id.* The Court then stayed the case pending Defendant's forthcoming supplemental filing. Aug. 2, 2023 Minute Order.

After the Court initially stayed the case, Defendant requested additional time to prepare its supplemental filing. *See* ECF Nos. 36-37. Later, the parties informed the Court that they were negotiating whether the issues in this case could potentially be narrowed by agreement. *See* ECF Nos. 38-40. The Court accordingly extended the stay, with the most recent order extending the stay through December 13, 2023. *See* Nov. 14, 2023 Minute Order. On December 13, 2023, Defendant filed a notice with the Court stating that, as of that time, "[t]he parties ha[d] not, unfortunately, reached an agreement to narrow the issues." ECF No. 41, at 1. Defendant

informed the Court that it intended to make its supplemental filing no later than December 19, 2023. *Id.*

Since the December 13, 2023 filing, Plaintiff and Defendant have conferred again, and the parties now report that they have tentatively reached an agreement to narrow the documents in dispute in this case. However, the parties require additional time to memorialize the scope of their agreement. Accordingly, and in light of the upcoming holidays, the parties respectfully request that the Court not rule on the pending motions for summary judgment until the parties have submitted an additional notice informing the Court of the scope of the parties' narrowing agreement. The parties intend to submit such a filing no later than **January 18, 2023**.

DATED:  December 19, 2023                               Respectfully submitted,

                                                        BRIAN M. BOYNTON
                                                        Principal Deputy Assistant
                                                        Attorney General

                                                        MARCIA BERMAN
                                                        Assistant Branch Director

                                                        */s/ Joshua C. Abbuhl*
                                                        JOSHUA C. ABBUHL (D.C. Bar No. 1044782)
                                                        Trial Attorney
                                                        U.S. Department of Justice
                                                        Civil Division, Federal Programs Branch
                                                        1100 L Street, N.W.
                                                        Washington, D.C. 20005
                                                        Telephone: (202) 616-8366
                                                        Facsimile: (202) 616-8470
                                                        joshua.abbuhl@usdoj.gov
                                                        *Counsel for Defendant*