IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON**, <br><br> *Plaintiff,* <br><br> v. <br><br> **U.S. DEPARTMENT OF JUSTICE**, <br><br> *Defendant*. | Case No. 1:19-cv-02267-LLA |

**JOINT STATUS REPORT**

On August 20, 2024, the Court issued a memorandum opinion and order granting in part and denying in part Defendant's motion for summary judgment. ECF No. 45. The Court's decision denied Defendant's motion for summary judgment with respect to certain correspondence exchanged between the Southern District of New York and leadership offices within the Department of Justice (the "SDNY Correspondence"), but otherwise granted Defendant's motion. With respect to the SDNY Correspondence, the Court stated that it "will permit DOJ to supplement its declarations ex parte and under seal." *Id.* at 7; *see also id.* at 16 ("[W]ith respect to the SDNY Correspondence, the court denies DOJ's motion for summary judgment without prejudice to its renewal accompanied by supplemental declarations."). The Court ordered the parties to file a joint status report proposing next steps in this case on or before September 3, 2024. *Id.* at 22.

The parties have met and conferred. Defendant will prepare a supplemental declaration (and potentially a short, corresponding memorandum) to submit to the Court in camera, ex parte. The parties propose that Defendant provide these supplemental materials to the Court on or before October 18, 2024. This timeframe will allow the Department to properly prepare the declaration

and any supporting memoranda, and takes into account anticipated leave of Department employees, as well as the fact that the Department's former declarant in this case has left the Department, which may require additional time to prepare the supplemental declaration.

DATED: September 3, 2024                    Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant
Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Joshua C. Abbuhl*
JOSHUA C. ABBUHL (D.C. Bar No. 1044782)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-8366
Facsimile: (202) 616-8470
Joshua.Abbuhl@usdoj.gov
*Counsel for Defendant*


*/s/ Adam J. Rappaport*
Adam J. Rappaport (D.C. Bar No. 479866)
arappaport@citizenforethics.org
Citizens for Responsibility and Ethics
    in Washington
1331 F Street, N.W., Suite 900
Washington, D.C. 20004
Telephone: (202) 408-5565
Facsimile: (202) 588-5020
*Counsel for Plaintiff*